# United States District Court
## Southern District of Georgia

Denita Alexander-Hamm

_____
Plaintiff

v.  C. R. Bard Incorporated, et al.

_____
Defendant

Case No. __4:19-cv-00274-RSB-CLR__

Appearing on behalf of Defendants

_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This __12th__ day of __December__, __2019__.

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

*****

NAME OF PETITIONER: Lucas Westby

Business Address: Nelson Mullins Riley & Scarborough LLP
Firm/Business Name

201 17th Street NW
Street Address

Suite 1700 — Atlanta — GA — 30363
Street Address (con't) — City — State — Zip

_____
Mailing Address (if other than street address)

Address Line 2 — City — State — Zip

(404) 322-6000 — 594008
Telephone Number (w/ area code) — Georgia Bar Number

Email Address: lucas.westby@nelsonmullins.com